Case 5:20-cv-05219-TLB   Document 1   Filed 12/17/20   Page 1 of 8 PageID #: 1

FILED
US DISTRICT COURT
WESTERN DISTRICT
OF ARKANSAS
Dec 17, 2020
OFFICE OF THE CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
_____ DIVISION

Alvis J. Watkins JR.
(Enter above the full name of the plaintiff in this action.)

Prisoner ID No. 40714
(Do Not Put Your Social Security Number)

V.

CASE NO. 5:20CV5219

Jury Trial: Yes ____ No ____
(Check One)

_____

(Enter above the full name of the defendant, or defendants, in this action.)

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____  No ✓

B. If your answer to A is yes, describe each lawsuit in the space below including the exact plaintiff name or alias used. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this lawsuit

Plaintiffs: _____

Defendants: _____

_____

2. Court (if federal court, name the district; if state, name the county):

_____

3. Docket number: _____

4. Name of judge to whom case was assigned: _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

(Updated 7/2019)

II. Place of Present Confinement: Washington County Detention Center

III. There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. **Failure to complete the grievance procedure may affect your case in federal court.**

    A. Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?

        Yes ✓   No ___

    B. If your answer is YES, Attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.** If copies are not available, list the number assigned to the grievance(s) and the approximate date it was presented.

    C. If your answer is NO, explain why not: (Yes.) Grievance Procedure are electronic. Sgt. McNeally answered Grievance on 12-10-2020 at 10:57pm.

IV. Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

    A. Your Full Name: Alvis J. Watkins Jr.
        Address: 15293 Strawberry Ridge Rd Gravette, AR. 72736

(In Item B below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

Do Not List Witnesses.

You may not name the jail as a Defendant. The jail is a building and cannot be sued.

B. Read carefully and fill out all information sought.

    **1. Defendant #1.**

    Full Name: Summit Food Services
    Position: Food Prep/Commissary
    Place of Employment: Washington County Detention Center
    Address: 1155 Clydesdale Dr. Fayetteville AR. 72701

−2−

### 2. Defendant #2

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

### 3. Defendant #3

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

### 4. Defendant #4

**Full Name:** _____

**Position:** _____

**Place of Employment:** _____

**Address:** _____

_____

**If you need more space for additional Defendants, list the additional Defendants on another piece of paper, using the same outline.**

V.  At the time of the alleged incident(s), were you:
    (check the appropriate blank)

   ✓  in jail and still awaiting trial on pending criminal charges
   ___  serving a sentence as a result of a judgment of conviction
   ✓  in jail for other reasons (*e.g.*, alleged probation violation, etc.)

**Explain:** _____

_____

Please provide the date of your conviction or probation or parole revocation:

07-05-2020  Parole Victation
_____

## VI. Statement of Claim

State <u>every</u> ground on which you claim that one or more of the Defendants violated your federal constitutional rights. For example, if you have an excessive force claim and a denial of medical care claim, you must fill out a separate section for each different claim. This section should be limited to the <u>facts</u> of your claim.

With respect to <u>each</u> claim, briefly describe the actions taken by each Defendant who you believe was involved in violating your rights. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. (Use as much space as you need. Attach extra sheets if necessary.)

<u>Claim Number # 1</u>:

Type of Claim (for example, excessive force, denial of medical care, etc.):

Improper food Preperation

Date of the Occurrence: 12-10-2020 around 7 pm

Name of Each Defendant involved: Floor Officers badge # 583 # 485, Col. Babion, Sgt. M<sup>c</sup>Neally, LT. Ake — They also refuse to give me the Summit food Services-employee "Name" who was over seeing Preparation

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #1 and any harm caused by it. I Recevied my speacial Diet food Tray - which had metal shaving in the Rice... There has been pictures + a report made by ..Col.babion

With regard to Claim #1, are you suing Defendant(s) in his or her: (check the appropriate blank)

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

✓ both official and personal capacity

—4—

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

My constitutional Rights have been Violated by ARK. Code 14-236-107 Part #1, and ARTICLE II - sec. V of ARK. Code 12-76-202, ARK. Code 2-16-403 #12 fungus - Rust, metal, mold, ect.

**Claim Number # 2:**

**Type of Claim (for example, excessive force, denial of medical care, etc.):**

**Date of the Occurrence:**

**Name of Each Defendant involved:**

Describe the acts or omissions of the Defendant(s) that form the basis for Claim #2 and any harm caused by it.

With regard to Claim #2, are you suing Defendant(s) in his or her: (check the appropriate blank)

___ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

___ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

___ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

_____
_____
_____
_____
_____
_____

**Claim Number # 3:**

**Type of Claim** (for example, excessive force, denial of medical care, etc.):
_____
_____

**Date of the Occurrence:** _____

**Name of Each Defendant involved:** _____
_____
_____
_____

Describe the acts or omissions of Defendant(s) that form the basis for Claim #3 and any harm caused by it.

_____
_____
_____
_____
_____

With respect to Claim #3, are you suing Defendant(s) in his or her: (check the appropriate blank)

_____ official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

**If you are asserting an official capacity claim**, please describe the custom or policy that you believe caused the violation of your constitutional rights.

My constutional Rights have been Violated by ARK-Code-14-236-102 Part #1, and ARTIcle II-Sec.V of ARK-code 12-76-202, ARK code 2-16-403 #12 fungus Rust Metal, Mold, ect. Improper food Preparation lead to Metal Shavings in my food

If you need more space for more claims, list the additional claims on another piece of paper, using the same outline.

VII. **Relief**

If you are seeking to recover damages from the named Defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

✓ Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

✓ Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to recover those damages.

Compensatory Damages of $100,000.00 Punitive Damages requiring better preperation procedures. I feel I am entitled to these damages because of lack of regords to my Consitutional Rights

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this 11 day of Dec, 20 20.

Alvis S. Watkins JR.
**Printed Name of Plaintiff**

**Signature of Plaintiff**

Alvis Watkins # 407114
1155 Clydesdale Dr.
Fayetteville, ARK. 72701

418WC
Received WD/AR
DEC 16 2020
U.S. Clerk's Office

WCSO MAIL

Sherry Gilbertson
Pro-se Low clerk
35 E. Mountain St. Suite 510
Fayetteville, ARK. 72701

KGLTPMP 72701

PRESORTED
FIRST CLASS




ZIP 72701
02 1W
0001373153DEC 14 2020
$ 000.46
U.S. POSTAGE » PITNEY BOWES