IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALVIS J. WATKINS, JR.                                                              PLAINTIFF

vs.                                    Case No. 5:20-CV-5219

SUMMIT FOOD SERVICE, LLC                                                DEFENDANT

## STATEMENT OF UNDISPUTED FACTS

Comes Summit Food Service, LLC ("Defendant" or "Summit"), by and through its counsel, Barber Law Firm PLLC, for its Statement of Undisputed Facts, and states as follows.

Summit submits this Statement of Undisputed facts which supports its Motion for Summary Judgment and is filed contemporaneously therewith. The undisputed facts are as follows:

1. Plaintiff, Alvis Watkins, Jr., is an inmate confined at a correctional facility in the State of Arkansas.

2. Summit Food Service, LLC provides meal preparation services to the Washington County Jail.

3. At the time of the incident described in Plaintiff's Complaint, Plaintiff was incarcerated in the Washington County Jail.

4. Summit disputes that it placed metal, allowed metal to be placed, or was even aware metal was placed in Mr. Watkins's food.

5. Mr. Watkins did not swallow the metal.

6. Mr. Watkins spit the metal out before it caused him any harm.

7. Mr. Watkins did not suffer a physical injury as a result of any allegation contained

in his Complaint.

8. Any metal in Mr. Watkins's mouth did not cut his tongue, cheek, lip, or mouth.

9. Mr. Watkins did not seek medical attention as a result of metal being in his food.

10. Mr. Watkins' claim is for purely emotional and mental damages.

                Respectfully submitted,

                BARBER LAW FIRM PLLC
                425 W. Capitol Avenue, Suite 3400
                Little Rock, AR  72201
                501-372-6175
                888-412-3288 = fax

By:  *D. Reece Owens*
       Scott M. Strauss #92009
       D. Reece Owens #2017183
       ATTORNEYS FOR DEFENDANT
       scotts@barberlawfirm.com
       rowens@barberlawfirm.com

## CERTIFICATE OF SERVICE

I, D. Reece Owens, hereby state that I have served a copy of the above pleading to the following on the 19th day of April, 2021, via U.S. Mail.

Alvis J. Watkins, Jr. #651744
North Central Unit
10 Prison Circle
Calico Rock, AR  72519

                /s/ *D. Reece Owens*
                D. Reece Owens