## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**ALVIS J. WATKINS, JR.**                                                     **PLAINTIFF**

**V.**                               **CASE NO. 5:20-CV-5219**

**SUMMIT FOOD SERVICE, LLC**                                        **DEFENDANT**

### ORDER

Currently before the Court is the Report and Recommendation ("R&R") (Doc. 31) of the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, filed in this case on May 12, 2021, regarding Defendant Summit Food Service, LLC's ("Summit") Motion for Summary Judgment (Doc. 24).   The R&R recommends granting the Motion and dismissing the case with prejudice.   On June 3, 2021, Plaintiff Alvis J. Watkins, Jr. filed an Objection (Doc. 32) to the R&R.  The Court has now conducted a *de novo* review of the record in light of the objection.

The Complaint alleges that on December 10, 2020, Mr. Watkins discovered a metal shaving in his food while he was dining at the Washington County Detention Center.  He promptly spit out the metal shaving and suffered no physical injury, but he insists that he now suffers from post-traumatic stress disorder as a result of the incident.  The Court agrees with the magistrate judge that the case is without merit.  Even if the factual allegations made by Mr. Watkins were true, they would not amount to a constitutional violation actionable under 42 U.S.C. § 1983.  In addition, Arkansas does not recognize a cause of action for negligent infliction of emotional distress.

Mr. Watkins states in his objection to the R&R that he need not establish a physical

1

injury in order to assert a violation of his constitutional rights. He is correct, and the R&R concedes the point. *See* Doc. 31, p. 4. However, he fails to engage with the magistrate judge's analysis of the law that is dispositive of his claim. As the R&R explains, as a matter of law, a prisoner's constitutional rights are not violated when he discovers a foreign object in his food on a single occasion. *Id.* at p. 5. Mr. Watkins's objection is therefore **OVERRULED**.     **IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, Summit's Motion for Summary Judgment (Doc. 24) is **GRANTED**, and the case is **DISMISSED WITH PREJUDICE**. A separate judgment will enter concurrently.

 **IT IS SO ORDERED** on this ___ day of June, 2021.

TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE
