IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALVIS J. WATKINS, JR.                                                          PLAINTIFF

V.                                CASE NO. 5:20-CV-5219

SUMMIT FOOD SERVICE, LLC                                   DEFENDANT

## JUDGMENT

For the reasons explained in the Order entered this day, **IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 8th day of June, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE